**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2803 Disciplinary Docket No. 3 |
| Petitioner | : | No. 75 DB 2021 |
| v. | : | Attorney Registration No. 83367 |
| MATTHEW J. ZEIGLER, | : | (Lycoming County) |
| Respondent | : | |

**ORDER**

**PER CURIAM**

**AND NOW**, this 14th day of October, 2026, upon consideration of the Verified Statement of Resignation, Matthew J. Zeigler is disbarred on consent from the Bar of this Commonwealth. *See* Pa.R.D.E. 215. Respondent's request for retroactivity is denied. *See* Pa.R.D.E. 217(e)(1) Note ("Although the grant of retroactivity is always discretionary, a respondent-attorney who fails to file a verified statement at the time of the temporary suspension should not expect a final order to include a reference to retroactivity."). Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).

A True Copy Nicole Traini
As Of 10/14/2026

Attest: Nicole Traini
Chief Clerk
Supreme Court of Pennsylvania